UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANJALI WARD,<br><br>           Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL RESPONSE AMBULANCE, et al.,<br><br>           Defendants. | Case No. 23-cv-05402-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AND RESETTING INTIAL CASE MANAGEMENT CONFERENCE** |

    Plaintiff Anjali Ward filed this action on October 20, 2023. ECF No. 1. On November 16, 2023, the Court granted Ms. Ward's Motion for Leave to Proceed *in forma pauperis* (IFP). ECF No. 6. The Court also screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and found that Ms. Ward had failed to state a claim upon which relief may be granted as to Defendants Jonathan Downie, Greg Sawyer, Chau Nguyen, Kim Yang, Andrew Rozner, Dave Manzeck, Marco Paez, Jonathan Daniels, Ryan Lipkin, and Mary FitzSimons. *Id.* Ms. Ward was given until January 2, 2024, to file an amended complaint. *Id.*

    Ms. Ward did not file an amended complaint by the deadline. Currently, the Initial Case Management Conference is set for February 22, 2024, at 1:30 p.m. ECF No. 7. The Case Management Conference statement was due by February 15, 2024. *Id.* Ms. Ward failed to file a statement by the deadline. Accordingly, Ms. Ward shall file a response to this Order by March 1, 2024, and show cause why this action should not be dismissed for failure to prosecute. In her response to this Order, Ms. Ward shall state whether she intends to proceed with her original Complaint without amending her claims as to the ten Defendants listed above. When providing this response, Ms. Ward will also state whether she would like to proceed with her claims against the remaining Defendants named in the Complaint. Failure to respond to this Order by the

deadline may result in a report and recommendation by the undersigned that this case be dismiss in its entirety for failure to prosecute.  The Initial Case Management Conference is hereby reset to April 25, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 16, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge